```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 15469
    BRUCE P DEMPSEY
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-0148


----------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/20/05 and confirmed on 06/10/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  38100.00 .

    4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
----------------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE    SECURED          17650.00      1963.84       17650.00
BECKET & LEE LLP           UNSECURED         6753.94         .00         2055.97
BECKET & LEE LLP           UNSECURED        NOT FILED        .00             .00
FIA CARD SERVICES          UNSECURED        NOT FILED        .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED         6488.70         .00         1975.23
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED        .00             .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED        .00             .00
SMC                        UNSECURED          248.96         .00           75.79
ECAST SETTLEMENT CORPORA   UNSECURED         4045.70         .00         1231.55
RESURGENT CAPITAL SERVIC   UNSECURED        12782.54         .00         3891.14
ECAST SETTLEMENT CORPORA   UNSECURED         7014.61         .00         2135.32
FIFTH THIRD BANK           UNSECURED         5424.70         .00         1651.33
LINENS & THINGS            UNSECURED        NOT FILED        .00             .00
MARSHALL FIELD             UNSECURED         2020.02         .00          614.91
SAMS CLUB                  UNSECURED        NOT FILED        .00             .00
VON MAUR                   UNSECURED        NOT FILED        .00             .00
NISSAN MOTOR ACCEPTANCE    UNSECURED         1595.52         .00          485.69
         Summary of disbursements:
----------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED      OTHER          TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 17650.00          .00     46374.69        .00        64024.69
PRINCIPAL PAID     17650.00          .00     14116.93        .00        31766.93
INTEREST PAID       1963.84          .00          .00        .00         1963.84
TOTAL PAID         19613.84          .00     14116.93        .00        33730.77
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00
and was paid $    40.00  direct and $   2660.00  through the plan.

The Trustee received $   1609.23 .

Refunds to the Debtor totaled $     100.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/09/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE